# EXHIBIT D

# REDACTED VERSION

| Client Name | Matter Name | Client | Matter | Tkpr | TKPR Name | Date | Bl Hrs | Mtn Hours* | Billed Amt | Mtn Billed* | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/5/2023 | | | | | Perform case law research re NPI's motion for discovery sanctions. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/5/2023 | | | | | Compile chronology of GPS Lockbox refusing to meet and confer for declaration in support of motion for sanctions. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/5/2023 | | | | | Draft motion for discovery sanctions. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/5/2023 | | | | | Draft declaration in support of motion for sanctions; including chronology of events and GPS Lockbox's prior refusals to confer regarding discovery issues. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 3899 | Gallwas, Lawrence | 4/6/2023 | | | | | Review and confirm the accuracy of the factual and legal citations in NPI's motion to compel production and responses to discovery requests by GPS Lockbox (2.8); review and confirm accuracy of the factual citations in the declaration of J. Tamimi in support of same (3.8). |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/6/2023 | | | | | Perform final review of documents re NPI's motion for discovery sanctions prior to filing. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/6/2023 | | | | | Draft proposed order re NPI's motion for discovery sanctions. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/6/2023 | | | | | Revise motion for sanctions and supporting declaration based on comments from D. Tellekson. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 3895 | Tellekson, David | 4/6/2023 | | | | | Review and revise motion for sanctions; attention to strategy for motion for sanctions; further revisions to motion for sanctions; review of supporting documents. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 4/30/2023 | | | | | Read GPS Lockbox's opposition to NPI's Motion for Sanctions and supporting materials; Draft outline of reply brief; begin drafting reply brief. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 5/1/2023 | | | | | Revise reply brief ISO NPI's motion for discovery sanctions per comments from D. Tellekson. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 5/1/2023 | | | | | Continue to draft reply ISO NPI's motion for discovery sanctions; Compile evidence of Mr. Dovey's perjury. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 3895 | Tellekson, David | 5/1/2023 | | | | | Review and revise motion for sanctions. Review of declarations and briefs from GPS in opposition to motion for sanctions; further discussions re: sanctions strategy; review and revise letter regarding discovery disputes. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 5/3/2023 | | | | | Continue to draft reply in support of NPI's motion for discovery sanctions per comments from D. Tellekson. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 3895 | Tellekson, David | 5/3/2023 | | | | | Review and revise brief in reply on motion to compel and motion for sanctions; attention to case strategy and privilege discovery dispute. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 3899 | Gallwas, Lawrence | 5/4/2023 | | | | | Review and confirm accuracy of the legal and factual citations in NPI's reply brief in support of its motion for sanctions. |
| National Products, Inc. | NPI v. GPS Lockbox | 27933 | 00440 | 6067 | Tamimi, Jonathan Gordon | 5/4/2023 | | | | | Perform final review of NPI's reply ISO motion for discovery sanctions; draft supporting declaration. |
| | | | | | | Total Hours (Attorney) | | | Total Billed | $37,577.70 | |
| | | | | | | Total Hours (Paralegal) | | | | | |

*These columns were added for purposes of NPI's Motion for Attorney's Fees to reduce certain time entries down to the hours spent on the NPI's Motion versus work done on related issues or not ultimately used for NPI's Motion.