HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX, <br><br> Defendant. | Case No. 2:20-cv-00428-DGE <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY THE UPCOMING BRIEFING SCHEDULE** <br><br> **JURY TRIAL DEMANDED** |
| INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> NATIONAL PRODUCTS INC., <br><br> Counterclaim Defendant. | |

This matter comes before the Court on the parties' Joint Stipulation to Modify the Upcoming Briefing Schedule. After reviewing the Stipulation, the Court hereby finds that good cause exists to amend the case schedule and hereby ORDERS that the briefing schedule shall be amended as follows:

ORDER REGARDING JOINT STIPULATION
TO MODIFY THE BRIEFING SCHEDULE     - 1 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **Motions Deadline** | 12/14/2023 | 12/22/2023 |
| **Response Briefs** | 1/2/2023 | 1/12/2024 |
| **Reply Briefs** | 1/5/2023 | 1/26/2024 |

It is hereby **ORDERED**.

Dated this 7th day of December, 2023.

David G. Estudillo
United States District Judge

Presented by:

*s/Jonathan G. Tamimi*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
Jonathan G. Tamimi, WSBA No. 54858
Michelle E. Irwin, WSBA No. 58951
Hannah S. Reid, WSBA No. 61421
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:   206.389.4510
Facsimile:    206.389.4511
Email:          dtellekson@fenwick.com
                    jmcmichael@fenwick.com
                    jkaempf@fenwick.com
                    jtamimi@fenwick.com
                    mirwin@fenwick.com
                    hreid@fenwick.com

*Attorneys for Plaintiff*
*NATIONAL PRODUCTS INC.*

ORDER REGARDING JOINT STIPULATION
TO MODIFY THE BRIEFING SCHEDULE        - 2 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE  206.389.4510
FACSIMILE   206.389.4511