HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX,<br><br>Defendant.<br><br>INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONAL PRODUCTS INC.,<br><br>Counterclaim Defendant. | Case No. 2:20-cv-00428-DGE<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE**<br><br>**JURY TRIAL DEMANDED** |

This matter comes before the Court on the parties' Joint Stipulation (Dkt. 250) regarding a briefing schedule on GPS's Motion for Summary Judgment (Dkt. 249). After reviewing the Stipulation, the Court hereby ORDERS as follows:

NPI's Opposition to GPS's Motion shall be filed no later than June 17, 2024; and

GPS's Reply in support of its Motion shall be field no later than June 24, 2024.

ORDER REGARDING JOINT
STIPULATION RE BRIEFING SCHEDULE      - 1 -
Case No. 2:20-CV-00428-DGE

Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, Washington 98101
telephone 206.389.4510
facsimile 206.389.4511

It is hereby **ORDERED**.

Dated this 4th day of June, 2024.

David G. Estudillo
United States District Judge

Presented by:

*s/Jonathan G. Tamimi*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
Jonathan G. Tamimi, WSBA No. 54858
Michelle E. Irwin, WSBA No. 58951
Hannah S. Reid, WSBA No. 61421
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Facsimile:    206.389.4511
Email:          dtellekson@fenwick.com
                    jmcmichael@fenwick.com
                    jkaempf@fenwick.com
                    jtamimi@fenwick.com
                    mirwin@fenwick.com
                    hreid@fenwick.com

*Attorneys for Plaintiff*
NATIONAL PRODUCTS INC.

ORDER REGARDING JOINT
STIPULATION RE BRIEFING SCHEDULE   - 2 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511