UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATIONAL PRODUCTS INC, | CASE NO. 2:20-cv-00428-DGE |
| Plaintiff, | ORDER SETTING TRIAL DATE AND PRETRIAL AND TRIAL SUBMISSIONS |
| v. | |
| INNOVATIVE INTELLIGENT PRODUCTS LLC, | |
| Defendant. | |

This matter comes before the Court on the Parties' joint status report (Dkt. No. 261) regarding the trial date and proposed schedule for trial and pre-trial submissions. After reviewing the report with the proposed schedule, the Court hereby ORDERS as follows:

1. The trial will be held on May 5, 2025, at the United States District Court for the Western District of Washington, Courtroom 1717 Pacific Avenue, Suite 4410, Tacoma, Washington, 98402 at 9:00 a.m.

2. The schedule for trial and pre-trial submissions shall be:

| Event | Deadline |
|---|---|
| Plaintiff Serves Pretrial Statement (LCR 16(h)) | January 14, 2025 |
| Parties Exchange Proposed Jury Instruction and Verdict Forms (LCR 51(e)) | January 17, 2025 |
| Defendant Serves Pretrial Statement (LCR 16(i)) | January 24, 2025 |
| Deadline to Confer re Joint Pretrial Order, Proposed Jury Instructions and Voir Dire (LCR 16(k)) | February 14, 2025 |
| Parties to File Motions *in Limine* (LCR 7(d)(5)) | February 21, 2025 |
| Parties to File Joint Pretrial Order, Deposition Designations, Neutral Statement of the Case, Trial Briefs, Proposed Voir Dire, Proposed Jury Instructions (LCR 16(e)) | February 21, 2025 |
| Oppositions to Motions *in Limine* Due (LCR 7(d)(5)) | March 7, 2025 |
| Final Pretrial Conference | April 25, 2025 at 1:30pm |

Dated this 7th day of October, 2024.

David G. Estudillo
United States District Judge

ORDER SETTING TRIAL DATE AND PRETRIAL AND TRIAL SUBMISSIONS - 2