HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX,<br><br>Defendant.<br><br>INNOVATIVE INTELLIGENT PRODUCTS, LLC D/B/A GPS LOCKBOX,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATIONAL PRODUCTS INC.,<br><br>Counterclaim Defendant. | Case No. 2:20-cv-00428-DGE<br><br>**PERMANENT INJUNCTION** |

This matter came before the Court on the joint submission by Plaintiff National Products Inc. ("NPI") and Defendant Innovative Intelligent Products, LLC d/b/a GPS Lockbox ("GPS Lockbox") for entry of a permanent injunction. The parties having had ample opportunity to assess the relevant facts and applicable law during the pendency of this lawsuit, and having agreed to the entry of this Permanent Injunction, it is therefore found, adjudged, and decreed as follows:

PERMANENT INJUNCTION - 1 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

**FINDINGS OF FACT**

1. Plaintiff NPI is a Washington State corporation with its principal place of business at 8410 Dallas Avenue S., Seattle, WA 98108. NPI is in the business of making and selling cases and cradles for portable electronic devices under, for example, the RAM, RAM MOUNTS, IntelliSkin, and GDS Tech product lines. (Dkt. 43 (¶¶ 1-2)).

2. Defendant GPS Lockbox is a corporation organized and existing under the laws of the State of Nevada having its principal place of business at 3225 McLeod Dr., Las Vegas, NV 89121, and having a regular and established place of business within this judicial district. (Dkt. 43 (¶ 3); Dkt. 78 (¶ 3)). GPS Lockbox is a manufacturer and distributor of competing mounting and protective covering systems for electronic devices. (Dkt. 78 (¶ 4)).

3. NPI is the owner of United States Patent Nos. 9,706,026 ("the '026 patent"); 10,630,334 ("the '334 patent"); and 10,666,309 ("the '309 patent); under the patent laws of the United States, including, without limitation, 35 U.S.C. § 1 et seq. (Dkt. 43 (¶¶ 12-27)).

4. NPI brought this action for patent infringement against Defendants on March 20, 2020, asserting that GPS Lockbox infringes the '026 patent. (Dkt. 1). NPI subsequently added allegations of infringement of the '334 and '309 patents. (Dkt. 43).

5. The Court issued a summary judgment order on September 17, 2024. (Dkt. 259).

6. The Court's summary judgment order determined that GPS Lockbox's Accused Products infringe claim 11 of the '026 patent. (Dkt. 259 at 5-14, 34).

7. The Court's summary judgment order also determined that GPS Lockbox's Accused Products infringe claims 10 and 14-16 of the '334 patent. (Dkt. 259 at 14-17, 34).

8. The Court's summary judgment order also ruled that claim 11 of the '026 patent and claims 10 and 14-16 of the '334 patent are not invalid as anticipated, obvious, or lacking written description. (Dkt. 259 at 18-26, 34), and that claim 11 of the '026 and claims 1 and 3 of the '309 patent have an effective filing date of February 24, 2014. (Dkt. 259 at 26-28, 34).

9. The Court's summary judgment order also ruled that the '026, '334, and '309 patents are not unenforceable for inequitable conduct, (Dkt. 259 at 28-30, 34).

PERMANENT INJUNCTION
Case No. 2:20-CV-00428-DGE

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

10. The Court also granted summary judgment in favor of NPI as to GPS Lockbox's antitrust counterclaim. (Dkt. 259 at 30-31, 34).

11. The Court's summary judgment order disposed of all of GPS Lockbox's defenses to infringement of claim 11 of the '026 patent. (Dkt. 259).[1]

12. The parties have conferred in light of the Court's summary judgment order and agree to the entry of a permanent injunction to mitigate any further irreparable harm to NPI from GPS Lockbox's infringement.

13. Any Finding of Fact which is deemed to be a Conclusion of Law is hereby adopted as such.

## CONCLUSIONS OF LAW

14. This is an action for patent infringement arising under 35 U.S.C. § 1 et seq. This Court thus has subject matter jurisdiction under 28 U.S.C §§ 1331 and 1338(a).

15. This Court has personal jurisdiction over the parties, and venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

16. Defendant has sold products that infringe claim 11 of the '026 patent including without limitation the GPS Lockbox "Flex" line of products listed in Exhibit A ("the Accused Products").

17. The Court granted summary judgment to in favor of NPI with respect to all of Defendant's defenses to infringement of claim 11 of the '026 patent.

18. Claim 11 of the '026 is infringed, valid, and enforceable.

19. NPI and GPS Lockbox compete for sales of the Accused Products. (Dkt. 78 (¶¶ 191-192, 207, 219)).

20. The parties acknowledge and agree that the manufacture, use, sale, offer for sale, or importation into or in the United States of the Accused Products and any other products not

---

[1] By stipulating to this injunction, GPS Lockbox does not waive its disagreement with the Court's summary judgment order or its appeal rights.

PERMANENT INJUNCTION - 3 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

colorably different therefrom shall cause irreparable harm to NPI, and that NPI shall be entitled to an injunction as entered below to prevent any such infringement.[2]

21. NPI's harm from GPS Lockbox's infringement cannot be adequately compensated solely through money damages.

22. The balance of hardships and public interest both weigh in favor of permanently enjoining GPS Lockbox's future infringement of claim 11 of the '026 patent.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED that:**

Defendants, including its officers, agents, servants, employees, attorneys, assignees, and all persons controlling or in active concert or participation with, through, or under Defendants, are enjoined from manufacturing, using, selling, offering for sale, or importing into or in the United States the Accused Products and any other products not colorably different therefrom, and from causing, inducing or contributing to others making, using, selling, offering for sale or importing into or in the United States the Accused Products and any other products not colorably different therefrom.

The Court shall retain exclusive jurisdiction of this action for the purposes of ensuring compliance with this Permanent Injunction.

This Permanent Injunction does not affect NPI's ability to pursue legal remedies for GPS Lockbox's past infringement, including damages.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2024.

---

[2] Based on its disagreement with the Court's summary judgment order GPS maintains there is no irreparable harm to NPI and does not agree with NPI's statements in this section. Nevertheless, solely for purposes of conserving resources including the time and resources of the Court, GPS will not dispute NPI's statements relating to such topics for purposes of this injunction.

PERMANENT INJUNCTION - 4 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

David G. Estudillo
United States District Judge

PERMANENT INJUNCTION
Case No. 2:20-CV-00428-DGE

- 5 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Presented by:

*s/David K. Tellekson*
David K. Tellekson, WSBA No. 33523
Jonathan T. McMichael, WSBA No. 49895
Jessica M. Kaempf, WSBA No. 51666
Jonathan G. Tamimi, WSBA No. 54858
Michelle E. Irwin, WSBA No. 58951
Hannah S. Reid, WSBA No. 61421
401 Union St., 5th Floor
Seattle, WA  98101
Telephone:   206.389.4510
Facsimile:    206.389.4511
Email:         dtellekson@fenwick.com
                   jmcmichael@fenwick.com
                   jkaempf@fenwick.com
                   jtamimi@fenwick.com
                   mirwin@fenwick.com
                   hreid@fenwick.com

Attorney for Plaintiff/Counterclaim Defendant
NATIONAL PRODUCTS INC.