HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS INC.,

Plaintiff,

v.

INNOVATIVE INTELLIGENT
PRODUCTS, LLC D/B/A GPS LOCKBOX,

Defendant.

_____

INNOVATIVE INTELLIGENT
PRODUCTS, LLC D/B/A GPS LOCKBOX,

Counterclaim Plaintiff,

v.

NATIONAL PRODUCTS INC.,

Counterclaim Defendant.

Case No. 2:20-cv-00428-DGE

**ORDER BIFURCATING ISSUES TO STREAMLINE TRIAL**

**JURY TRIAL DEMANDED**

THIS MATTER comes before the Court on the parties' Joint Stipulation to Bifurcate Issues and Streamline Trial.  After reviewing the Joint Stipulation, the Court hereby ORDERS as follows:

Claim 11 of U.S. Patent No. 9,706,026 is hereby bifurcated from other the claims in this case under Fed. R. Civ. P. 42(b), and a trial on willfulness and damages for that claim will proceed under the current schedule for trial and pre-trial submissions, Dkt. 262.

ORDER BIFURCATING
ISSUES TO STREAMLINE TRIAL          - 1 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

1    The remaining claims, claim 1 of the '026 patent; claims 10, 14–16 of U.S. Patent No.

2  10,630,334; and claims 1 and 3 of U.S. Patent No. 10,666,309 are hereby stayed pending the trial

3  of claim 11 of the '026 patent and resolution of any appeal.

4

5    It is hereby **ORDERED**.

6    Dated this 7th day of January, 2025.

7

8

9                                                  _____
                                                   David G. Estudillo
10                                                 United States District Judge

11

12

13  Presented by:

14

15  *s/Jonathan G. Tamimi*
    David K. Tellekson, WSBA No. 33523
16  Jonathan T. McMichael, WSBA No. 49895
    Jessica M. Kaempf, WSBA No. 51666
17  Jonathan G. Tamimi, WSBA No. 54858
    Michelle E. Irwin, WSBA No. 58951
18  Hannah S. Reid, WSBA No. 61421
    FENWICK & WEST LLP
19  401 Union Street, 5th Floor
    Seattle, WA 98101
20  Telephone:   206.389.4510
    Facsimile:   206.389.4511
21  Email:       dtellekson@fenwick.com
                 jmcmichael@fenwick.com
22               jkaempf@fenwick.com
                 jtamimi@fenwick.com
23               mirwin@fenwick.com
                 hreid@fenwick.com
24
    Attorney for Plaintiff/Counterclaim Defendant
25  NATIONAL PRODUCTS INC.

26

27

28

ORDER BIFURCATING
ISSUES TO STREAMLINE TRIAL        - 2 -
Case No. 2:20-CV-00428-DGE

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511